PROB 12C
(7/93)

Report Date: January 30, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 0 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Layla Marie Henderson      Case Number: 0980 2:13CR00096-014

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 12, 2013

Original Offense:      Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:     Prison 31 days; TSR - 36 days      Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Pamela J. Byerly          Date Supervision Commenced: September 13, 2013

Defense Attorney:      Roger Peven               Date Supervision Expires: September 12, 2016

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On January 29, 2014, Layla Henderson consumed methamphetamine. She admitted to the undersigned officer on January 30, 2014, that on January 29, 2014, she consumed methamphetamine. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On January 29, 2014, Layla Henderson failed to report as directed to submit to a random urinalysis. |
| 3 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Henderson, Layla Marie
January 30, 2014
Page 2

**Supporting Evidence**: On January 24, 25, and 29, 2014, Layla Henderson failed to attend substance abuse treatment sessions as scheduled at Adept Substance Abuse Treatment Center.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/30/2014

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/30/14

Date